CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 8 2016

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD BROWN, | ) | CASE NO. 7:14CV00707 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| PATRICIA SCARBERRY, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the motion for summary judgment (ECF No. 30) is **DENIED,** and the clerk shall

**SCHEDULE** the matter for trial before a seven-member jury in the Big Stone Gap division at

the court's earliest convenience.

ENTER: This 15th day of July, 2016.

Chief United States District Judge